No. 12-15850-AA

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*

v.

QIAO CHU AND WEI TANG LO,
*Defendants-Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 3:11-CR-286-J-34TEM

# UNITED STATES' MOTION FOR STAY OF APPELLATE PROCEEDINGS PENDING AUTHORIZATION OF APPEAL AND ESTABLISHMENT OF NEW DUE DATE

ROBERT E. O'NEILL
United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division
Florida Bar No. 438741
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

December 20, 2012

*United States v. Qiao Chu and Wei Tang Lo*
No. 12-15850-AA

## Certificate of Interested Persons and Corporate Disclosure Statement

The following persons have an interest in the outcome of this case:

1. Chu, Qiao, defendant-appellee;

2. Devereaux, Mark, Assistant United States Attorney;

3. Lo, Wei Tang, defendant-appellee;

4. Howard, Honorable Marcia Morales, United States District Judge;

5. Morris, Honorable Thomas E., United States Magistrate Judge;

6. O'Neill, Robert E., United States Attorney;

7. Rhodes, David P., Assistant United States Attorney,
   Chief, Appellate Division;

8. Rosenblum, Mark J., Esquire;

9. Scroggie, Robin R., Esquire; and

10. Stoddard, Russell C., Assistant United States Attorney.

In the United States Court of Appeals
for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellant,*

v. No. 12-15850-AA

QIAO CHU AND
WEI TANG LO,
*Defendants-Appellees*

---

**United States' Motion for Stay of Appellate Proceedings Pending the Solicitor General's Decision Whether to Authorize Appeal**

The United States respectfully moves (1) to stay this appeal pending the decision of the Solicitor General of the United States or his designee whether this government appeal should proceed and (2) to establish a new due date for the United States' brief of 21 days after that decision, if appeal is authorized:

1. The district court entered an order excluding evidence based on *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), on November 7, 2012. Doc. 242. On November 13, 2012, the United States filed a notice of appeal, Doc. 245, but the appeal cannot proceed further without authorization by the Solicitor General, who determines whether, and to what extent, appeals will be taken by the Government. 28 C.F.R. § 0.20(b); *accord United States Attorneys' Manual* §§ 2-2.121, 2-2.311, 2-2.600, 9-2.170A. The requested stay is

necessary to allow the Solicitor General to decide whether the United States may further prosecute this appeal.

2. The United States Attorney must report each adverse, appealable decision to the responsible component of the Department of Justice in Washington, D.C., with his recommendation on whether to appeal. *United States Attorneys' Manual* *Id.* §§ 2-2.110, 2.2.111, 2-2.112, 9-2.170B and D. That component then must prepare its own recommendation. *Id.* § 9-2.170F; *see id.* § 2-3.110. Attorneys in the Office of the Solicitor General also make a recommendation to the Solicitor General, who then decides whether to authorize the appeal. 28 C.F.R. § 0.20(b); *United States Attorneys' Manual* §§ 2-2.121, 2-2.311, 2-2.600, 9-2.170A. This process is intended to ensure that the United States pursues only relatively important and meritorious appeals.

3. The United States Attorney immediately reported the adverse decision, as required, and has decided whether to recommend an appeal. This is not a simple matter; the district court's *Daubert* opinion is 36 pages long, it followed an evidentiary hearing, and it addresses an unusual scientific issue (the determination of whether substances contain more than 50% honey).

4. The United States will immediately notify this Court of the Solicitor General's decision. If the appeal is not authorized, we will move to

dismiss this appeal; if it is authorized, we will promptly complete and file our brief.

Therefore, the United States requests that this Court (1) stay this appeal pending the Solicitor General's decision as to whether this appeal should proceed and (2) establish a new due date for the United States' brief of 21 days after that decision, if the appeal is authorized.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/ David Rhodes*

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division
Florida Bar No. 438741
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
david.rhodes@usdoj.gov

## Certificate of Service

I certify that a copy of this certificate of interested persons and corporate disclosure statement as well as the notice of electronic filing was sent by United States mail on December 20, 2012, to:

MARK J. ROSENBLUM
1300 Riverplace Blvd., Ste. 601
Jacksonville, FL 32207-9018

ROBIN R. SCROGGIE
Law Offices of Robin R. Scroggie
865 S. Figueroa St., Ste. 1388
Los Angeles, CA 90017

MITCHELL A. STONE
1830 Atlantic Blvd.
Jacksonville, FL 32202

*Counsel for defendants-appellees*

*s/ David P. Rhodes*
DAVID P. RHODES
Assistant United States Attorney